UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NYREE CAMPBELL *on behalf of* M.B., | ) | CASE NO. 1:13-cv-00329 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied the claim made by plaintiff, Nyree Campbell, on behalf of M.B., a minor child, for supplemental security income (SSI). Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge William H. Baughman, Jr. for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a report and recommendation (Doc. 20) recommending that the Court affirm the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service. The Report and Recommendation was filed on December 17, 2013. Therefore, the objections to the Report and Recommendation were due on or before December 31, 2013. No party has objected to the Report and Recommendation and no party requested an extension of time to file objections. Accordingly, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas*

*v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision is AFFIRMED. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.


Dated:  January 6, 2014                     */s/ John R. Adams*
                                             UNITED STATES DISTRICT JUDGE